JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-981-9587
www.jk-llp.com

November 5, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Morales v. Timoni Inc.**
**No. 26 CV 2446**

Dear Judge Furman:

In accordance with the Court's July 2, 2026 Order, the parties in the above-referenced matter jointly submit this status report in advance of the November 10, 2026 pretrial conference.

The parties believe the pretrial conference should proceed as scheduled. The parties are also available for a conference on November 11 from 9:30 am to noon or after 3 pm, on November 12 after 1 pm, or on November 13 from 9:30 am to 4 pm.

The fact discovery deadline is November 5, 2026. The parties have completed fact discovery and will not conduct expert discovery.

There are no outstanding motions.

Magistrate Judge Wang has held settlement phone calls with the parties' counsel – Denise Schulman for the Plaintiff and Frank Schirripa for Defendants – on June 4, June 30, July 21, and August 5, 2026. Each of these calls lasted approximately 10 to 15 minutes. Counsel have had some additional brief settlement discussions outside of the calls with Judge Wang. Judge Wang has scheduled another call with counsel for November 9, and she is likely to schedule a settlement conference with that parties thereafter.

This case is to be tried to a jury, and the anticipated trial length is two days.

Plaintiff intends to file a motion for partial summary judgment.

Respectfully submitted,

/s/Denise A. Schulman
Denise A. Schulman

cc: All counsel (via ECF)

The pretrial conference shall proceed as scheduled, and the call-in information remains the same. *See* ECF No. 28.

SO ORDERED

November 6, 2026