UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOISES MORALES,

Plaintiff,

-v-

TIMONI INC. et al.,

Defendants.

---

26-CV-2446 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Plaintiff shall file any motion for summary judgment no later than **January 11, 2027,** Defendants shall file any opposition no later than **January 25, 2027**, and Plaintiff shall file any reply no later than **February 1, 2027**.

SO ORDERED.

Dated: November 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge