KIRSCHENBAUM LLP
Attorneys at Law

D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-981-9587
www.jk-llp.com

November 24, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Morales v. Timoni Inc.**
**No. 26 CV 2446**

Dear Judge Furman:

I represent the Plaintiff in the above-referenced action. I write to respectfully request that the Court adjust the summary judgment briefing schedule in light of the rescheduling of the parties' settlement conference with Judge Wang. At the November 10, 2026 conference, the Court set a briefing schedule for Plaintiff's summary judgment motion to fall after the December 22, 2026 settlement conference with Judge Wang. That schedule was January 11, 2027 for Plaintiff's motion, January 25, 2027 for Defendants' opposition, and February 1, 2027 for Plaintiff's reply. On November 17, 2026, Judge Wang rescheduled the settlement conference for January 14, 2027. (Dkt. No. 33.) In order for the settlement conference to be completed before motion practice, I respectfully request that the briefing schedule be changed to February 1, 2027 for Plaintiff's motion, February 16, 2027 for Defendants' opposition, and February 23, 2027 for Plaintiff's reply. This is the first request for an extension of these deadlines, and Defendants consent to the request.

Respectfully submitted,

/s/Denise A. Schulman
Denise A. Schulman

cc: All counsel (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 34.

SO ORDERED.

November 24, 2026